UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE FREUDENBERG, *as Administratrix of the Estate of Eric Freudenberg*,

        Plaintiff,

v.

COUNTY OF ORANGE, et al.,

        Defendants.

No. 23-CV-847 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

At the Conference held before the Court on September 19, 2023, the Court adopted the following briefing schedule:

Defendants' motion to dismiss will be due no later than November 20, 2023. Plaintiff's response will be due no later than December 20, 2023, and Defendants' reply will be due no later than January 5, 2024.

SO ORDERED.

Dated: September 19, 2023
      White Plains, New York

                                        KENNETH M. KARAS
                                        United States District Judge