Case 7:23-cv-00847-KMK   Document 42   Filed 09/19/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michelle Freudenberg,    Plaintiff,

-against-

County of Orange, et al

                         Defendant.

7:23-cv-00847-KMK

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Daniel E. Smolen__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Oklahoma__; and that his/her contact information is as follows (please print):

Applicant's Name: Daniel E. Smolen
Firm Name: Smolen & Roytman
Address: 701 S. Cincinnati Ave.
City / State / Zip: Tulsa, OK 74119
Telephone / Fax: 918-585-2667/918-585-2669

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff, Michelle Freudenberg__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 9/19/23

United States District / ~~Magistrate~~ Judge