UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MICHELLE FREUDENBERG, as Administratrix of the Estate of ERIC FREUDENBERG,**

*Plaintiff*,

-*vs*-

**COUNTY OF ORANGE, H.I.G. CAPITAL, LLC, WELLPATH, LLC (formerly known as CORRECT CARE SOLUTIONS MEDICAL SERVICES PC), WELLPATH NY, LLC, ORANGE COUNTY SHERIFF CARL E. DUBOIS in his official capacity, ORANGE COUNTY DEPUTY JOHN DOE 1 in their official and individual capacities, SALWA KHOURI, M.D. in her official and individual capacities, MANDI ZACCAGNINO, N.P. in her official and individual capacities, JOHN DOE 2-10, in their official and individual capacities,**

NOTICE OF MOTION

Civil No.: 7:23-cv-00847-KMK

*Defendants.*

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | **BARCLAY DAMON, LLP** |
| | *Attorneys for Defendants County of Orange, Wellpath, LLC (f//k/a Correct Care Solutions Medical Services PC), Wellpath NY, LLC, Orange County Sheriff Carl E. Dubois, Salwa Khouri, M.D. and Mandi Zaccagnino, N.P..* |
| | 2000 Five Star Bank Plaza |
| | 100 Chestnut Street |
| | Rochester, New York 14604 |
| | Telephone: (585) 295-4426 |
| | Email: psanders@barclaydamon.com |
| **DATE, TIME AND PLACE OF HEARING:** | Hon. Kenneth M. Karas |
| | United States District Judge |
| | _____, 2023 at ____ a.m./p.m. |
| | The Hon. Charles L. Brieant Jr. |
| | United States Courthouse |
| | 300 Quarropas St. |
| | White Plains, NY 10601-4150 |

27348361.1

| | |
|---|---|
| **SUPPORTING PAPERS:** | Attorney Declaration of Paul A. Sanders, Esq. dated December 4, 2023 and Defendants' Memorandum of Law dated December 4, 2023. |
| **RELIEF DEMANDED:** | An order, pursuant to Fed. R. Civ. P. Rule 12(b)(6), dismissing Plaintiff's Complaint, in its entirety with prejudice, and granting such other and further relief as the Court deems just and proper. |
| **GROUNDS FOR RELIEF:** | Plaintiff's Complaint fails to state a cause of action upon which relief can be granted, pursuant to Fed. R. Civ. P. Rule 12(b)(6), as against moving Defendants |
| **DEMAND FOR ANSWERING PAPERS:** | Absent Court order, the opposing party shall file and serve responding papers on or before January 3, 2024, and the moving party shall file and serve reply papers on or before January 18, 2024. *See* CM/ECF Doc. No. 58.<br><br>Failure to respond to this motion may result in dismissal of the Complaint and termination of this action. |

DATED:   December 4, 2023          **BARCLAY DAMON LLP**

By:   /s/ *Paul A. Sanders*
          Paul A. Sanders, Esq.

*Attorneys for Defendants*
*Attorneys for County of Orange, Wellpath, LLC (f//k/a Correct Care Solutions Medical Services PC), Wellpath NY, LLC, Orange County Sheriff Carl E. Dubois, Salwa Khouri, M.D. and Mandi Zaccagnino, N.P.*
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone:  (585) 295-4426
Email:  psanders@barclaydamon.com