# MARASHI LEGAL

CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

**Via ECF**

September 10, 2025

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chamber 533
White Plains, NY 10601-4150

Re: *Freudenberg v. Orange County, et al.*, 7:23-CV-847 (S.D.N.Y.)
Request for Adjournment of Conference Regarding Status of Settlement Fillings

Dear Judge Karas:

On behalf of plaintiff Michellle Freudenberg, as Administratrix of the Estate of Eric Freudenberg, please be advised that plaintiff filed the necessary petition and supporting papers with the Surrogate's Court on August 11, 2025. Plaintiff has been advised by the Surrogate's Court that her petition will not be reviewed until late September and at that point the Surrogate's Court will advise Plaintiff if any additional information is needed.

We propose that the Court adjourn our conference currently scheduled for September 17, 2025 to a date in late October or early November. Counsel for Defendants consents to this submission.

Granted. The 9/17/25 conference is adjourned to 11/ 4 /25, at 10:30 via teleconference
So Ordered..
9/16/25

Respectfully Submitted,

P. Jenny Marashi, Esq
Marashi Legal
930 Grand Concourse
Bronx, NY 10451
917-703-1742
Marashi.legal@gmail.com

cc: Paul Sanders (via CM/ECF)