# MARASHI LEGAL

CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

October 30, 2025

<u>Via ECF</u>

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chamber 533
White Plains, NY 10601-4150

Re: *Freudenberg v. Orange County, et al.*, 7:23-CV-847 (S.D.N.Y.)
Second Request for Adjournment of Conference Regarding Status of Settlement Fillings

Dear Judge Karas:

On behalf of plaintiff Michellle Freudenberg, as Administratrix of the Estate of Eric Freudenberg, please be advised that plaintiff filed the necessary petition and supporting papers with the Surrogate's Court on August 11, 2025. Plaintiff has been advised by the Surrogate's Court, as of yesterday October 29, 2025, that her petition will be reviewed soon, as it is currently on the desk of the person who is set to review it. However, such person will not be available until next week. Surrogate's Court will advise Plaintiff if any additional information is needed.

We propose that the Court adjourn our conference currently scheduled for November 4, 2025 to a date in mid December or early January. Counsel for Defendants consents to this submission.

Granted. The conference is adjourned to 1/7/26, at 12:00
So Ordered
10/31/25

Respectfully Submitted,

P. Jenny Marashi, Esq
Marashi Legal
930 Grand Concourse
Bronx, NY 10451
917-703-1742
Marashi.legal@gmail.com

cc: Paul Sanders (via CM/ECF)