Case 7:23-cv-00847-KMK    Document 79    Filed 01/02/26    Page 1 of 2

# MARASHI LEGAL

CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

***Via ECF***                                                     January 2, 2026

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chamber 533
White Plains, NY 10601-4150

   Re:    *Freudenberg v. Orange County, et al.*, 7:23-CV-847 (KMK)
          Third Request for Adjournment of Conference Regarding Status of Settlement Fillings

Dear Judge Karas:

   On behalf of Plaintiff Michelle Freudenberg, as Administratrix of the Estate of Eric Freudenberg, Plaintiff respectfully submits this third request for an adjournment of the upcoming status conference regarding status of settlement fillings.

   Plaintiff filed the required Compromise Proceeding petition and supporting papers in the County of Orange Surrogate's Court on August 11, 2025. Plaintiff is scheduled to appear before the Surrogate's Court on January 14, 2026. It is anticipated that, following that appearance, the Surrogate's Court will issue an Order approving the compromise, thereby completing the Surrogate's Court proceedings and permitting the parties to finalize settlement on behalf of the Estate.

   In light of this timing, Plaintiff respectfully requests that the status conference currently scheduled for January 7, 2026 be adjourned to a date during the week of February 9, 2026, or, alternatively, to a date after February 23, 2026. Counsel for Defendants consents to this request. Thank you for your time and attention to this issue and Happy New Year.

                          Respectfully Submitted,

                          P. Jenny Marashi, Esq
                          Marashi Legal
                          930 Grand Concourse
                          Bronx, NY 10451
                          917-703-1742
                          Marashi.legal@gmail.com

Case 7:23-cv-00847-KMK    Document 79    Filed 01/02/26    Page 2 of 2

cc: Paul Sanders (via CM/ECF)

Granted.  The conference is adjourned to 2/26/26, at 12:00

So Ordered

1/2/26