## MARASHI LEGAL

CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

*Via ECF*                                                                February 25, 2026

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chamber 533
White Plains, NY 10601-4150

> Re:    *Freudenberg v. Orange County, et al.,* 7:23-CV-847 (KMK)
>        Fourth Request for Adjournment of Conference Regarding Status of Settlement Fillings

Dear Judge Karas:

On behalf of Plaintiff Michelle Freudenberg, as Administratrix of the Estate of Eric Freudenberg, Plaintiff respectfully submits this fourth request for an adjournment of the upcoming status conference regarding status of settlement fillings.

Plaintiff appeared before the Surrogate's Court on January 14, 2026. The Surrogate Court did issue an Order approving the compromise, the parties have been permitted to finalize settlement on behalf of the Estate, and are currently finalizing the settlement documents which we expect will be completed in the next 30 days.

In light of this timing, Plaintiff respectfully requests that the status conference currently scheduled for February 26, 2026 at 12 pm please be adjourned to a date after March 23, 2026. Counsel for Defendants consents to this request.  Thank you for your time and attention to this issue

Granted.  The conference is adjourned to
4/ 9 /26, at 11:30 via teleconference

So Ordered.

*[signature]*

2/25/26

Respectfully Submitted,

*[signature]*

P. Jenny Marashi, Esq
Marashi Legal
930 Grand Concourse
Bronx, NY 10451
917-703-1742
Marashi.legal@gmail.com

cc: Paul Sanders (via CM/ECF)